UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ROSETTA SHABAZZ,<br>　　　　Defendant | Case No.: CR-20-CR-00254-CRB/KAW<br><br>**ORDER WITHDRAWING REMAND ORDER**<br><br>Judge: Hon. Kandis A. Westmore |

**ORDER**

The Court hereby withdraws the remand Order dated December 24, 2020. (Dkt. No. 79.) The previous order (Dkt. No. 78), issued on December 23, 2020, directing the defendant to self-surrender to custody at the Santa Rita Jail, upon being medically cleared, remains in effect.

IT IS SO ORDERED.

Date:  December 24, 2020

_____
The Honorable Judge Kandis A. Westmore
United States Magistrate Judge