1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  LEIF DAUTCH (CABN 283975)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7534
      FAX: (415) 436-7200
8     Leif.Dautch@usdoj.gov

9  Attorneys for United States of America

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12            SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         )   NO. 20-CR-254 CRB
                                     )
14    Plaintiff,                    )   NOTICE OF DISMISSAL
                                     )      ORDER
15    v.                            )
                                     )
16 ROSETTA SHABAZZ,                  )
                                     )
17    Defendant.                    )
                                     )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against Rosetta

21 Shabazz.

22

23 DATED: October 27, 2022                             Respectfully submitted,

24                                                    STEPHANIE M. HINDS
                                                      United States Attorney
25
                                                      *Thomas A. Colthurst*
26                                                    _____
                                                      THOMAS A. COLTHURST
27                                                    Chief, Criminal Division

28

NOTICE OF DISMISSAL
No. CR 20-CR-254 CRB_____                                            v. 8/4/2021

1 | Leave is granted to the government to dismiss the indictment against Rosetta Shabazz.

3 | Date: October 27, 2022

HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
No. CR 20-CR-254 CRB_____    v. 8/4/2021